William A. TACCINO, Plaintiff—
Appellant,

v.

ALLEGANY COUNTY GOVERN-
MENT; James J. Stakem, President;
Robert M. Hutcheson, Commissioner;
Dale R. Lewis, Commissioner; Jerry
W. Michael, Code Enforcer; David A.
Eberly, Director; Gary E. Moore,
Chief; William M. Rudd, Attorney;
Barry R. Levine, Ass't Attorney; Tri–
County Council; Marc C. Malec, Di-
rector; Lavale Civic Improvement;
Paul J. Yockus, President; John M.
Miller, P.R. Est. of E. Miller; Ken-
neth R. Butch Joy, Jiffy Lube; Cum-
berland Broadcasting Company, Inc.;
David N. Aydelotte, Defendants—Ap-
pellees.

No. 10–2085.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2011.

Decided: May 25, 2011.

William A. Taccino, Appellant Pro Se.
Kevin Bock Karpinski, Karpinski, Colaresi
& Karp, PA, Baltimore, Maryland; Mi-
chele Zahner Blumenfeld, Robert Law-
rence Ferguson, Jr., Ferguson, Schetelich
& Ballew, PA, Baltimore; Jeffrey Schuyler
Getty, James Matthew Gilmore, Geppert,
Mcmullen, Paye & Getty, Cumberland,
Maryland; Daniel P. Doty, Astrachan
Gunst and Thomas PC, Baltimore, Mary-
land, for Appellees.

Before DUNCAN, KEENAN, and
WYNN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William A. Taccino seeks to appeal the
district court's order denying relief in this
civil action. We dismiss the appeal for
lack of jurisdiction because the notice of
appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."

*Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on August 11, 2010. The notice of appeal was filed on September 13, 2010. Because Taccino failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*